UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | NO. 2:03-CR-80 |
| ) | |
| STUART M. COLLEY                ) | |

## **O R D E R**

It is hereby **ORDERED** the Motion to Reinstate on the Active Docket filed by the government is **GRANTED** because the defendant has failed to comply with the terms of his pretrial diversion agreement. [Doc. 17]. It is also hereby ORDERED that the following new dates are set in this cause:

1. The deadline for all motions for the defendant is March 14, 2005. The deadline for all responses to motions is March 28, 2005. A courtesy copy of all motions, responses, exhibits, and briefs must be furnished for chambers.

3. A final pretrial conference and motion hearing will be held before the Magistrate Judge at 9:00 A.M. on April 4, 2005.

4. Plea bargaining shall be concluded by April 15, 2005, and no plea agreements will be accepted after this date.

5. All requests for jury instructions with a courtesy copy for chambers shall be submitted no later than April 25, 2005.

6. This matter is set for trial before United States District Judge J. Ronnie Greer and a twelve-person jury at 9:00 a.m. on April 29, 2005.

ENTER:

<u>s/J. RONNIE GREER</u>  
UNITED STATES DISTRICT JUDGE